■ In the Matter of STEVON McFADDEN, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [988 NYS2d 513]—

Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 24, 2013 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Centra, Carni, Valentino and Whalen, JJ.